

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

*Christopher J. Wehner*
(Enter above the full name of the
plaintiff in this action.)

versus

*HARRY LEE*
*Dr. Porter & Dr. Williams*
*JPCC Medical Dept.*
(Enter above the full name of the
defendant or defendants in this
action.)

CIVIL ACTION

NO. **03-1326**

SECTION **T. F  MAG. 5**

**COMPLAINT**

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

___ Fee _____
___ Process_____
X__ Dktd_____
___ CtRmDep____
___ Doc. No._____

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to the previous lawsuit

        Plaintiffs    _____

        _____

        Defendants    _____

        _____

    2.    Court (If federal court, name of the district court; If state court, name the parish.)

        _____

    3.    Docket Number _____

    4.    Name of judge to whom case was assigned _____

        _____

    5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

        _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.    Place of Present Confinement: _Jefferson Parish Correctional Center_

A.    Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. __6____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes_____

_____

_____

D. If your answer is NO, explain why you have not done so: _____

_____

_____

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Christopher J. Wehner__

Address __210 Clearview Pkwy Metairie La. 70001__

Date of Birth __4-13-71__

Prisoner Number __88311700__

Date of Arrest __Jan. 27, 2003__

Date of Conviction _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant __Harry Lee / Or Porter__ is employed as __a doctor__
_____ at __JPCC Jefferson Parish Correctional Center__

C. Additional Defendants __Dr. Williams__

_____

3

On the day of January, 27 2003 at approx eleven thirty four pm, I was using a pay phone located on Airline Blvd near the corner of Dovision st. I having finished my phone call, returned to my veichle along with my girlfriend Patirica Ragan.

I then began driving west on Airline Blvd. when a Jefferson Parish Police unit came up behind me and turned on his lights. I then turned right (north) on Cleary Blvd and pulled over at the corner of Johnson and Cleary Blvd. I exited my veichle and confronted by a Jefferson Parish Police Deputy and I was told to place my hands on the hood of My car then I was asked my name and date of birth

and replied Cory Wehner born Aug. 21, 1965

While I was responding, the officer who was standing to my right near the driver side door began placing me in hand cuffs stating that I was lying to him after having my right hand placed in a cuff I began to pull away. I was told not to and was then hit by pepper spray over my face eyes an chest while this was taking place another another unit arrived.

The officer exited his veichle and came toward me. The two officers then began beating me with their botons untill Ive became unconcious.

I have no recolection what occured after that untill I awoke at Charity Hospital on Jan. 30, 2003 three days later.

at Charity Hospital a Dr Berne came to see me and stated that I had sustained two broken ribs, a collupsed lung and three reptured disk in my spine (L2, L3, L4).

I was told that the police had made the statement that I had fallen.

I was released from Charity Hospital on Feb, 1, 2003 and was told that I need to return for a follow up to receive another MRI and to be fitted for a back brace.

I is now April. 7, 2003 as of today I have still not been brought back to Charity Hospital to recive treatment as per. Dr Beine's orders

I have sent three medical request and four Grievance forms to the staff at JPCC

The reply I have been given on Feb. 8, 2003 by Dr Williams at JPCC was that I would be sent back to Charity for a follow up treatment but nothing has been done up to this date April 7, 2003

Arm band 883.11 700
Location NO°17

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

VI. Plaintiff's Declaration

1)    I declare under penalty c- perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___7___ day of ___April_____ , _ 2003

_____
(Signature of Plaintiff)

9/97

5

AO 240 Reverse (EDLA Rev 8/02)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount.  _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Name                          Relationship                    Amount Contributed for Support

I declare under penalty of perjury that the above information is true and correct.

_03-26-03_____          _____
Date                                  Signature of Applicant

_Christopher Wehner am bond # 883/1700  NO #17_

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _Christopher Wehner # 883/1700_, has a present inmate

account balance of $ _1.30_ at the _JPCC_ institution. I further certify

that the average monthly deposits for the preceding six months is    $ _10.39_

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is    $ _10.56_

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_4/1/03_____                    _____
Date Certified                            Authorized Officer of Institution

AO 240 (EDLA Rev 8/02)

# UNITED STATES DISTRICT COURT

### Eastern District of Louisiana

_Christopher Wehner_
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

_Harry Lee, Dr. Parker, Dr. Williams +_
Defendant _Medical Dept._

CASE NUMBER:

I, _Christopher Wehner_ , declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Jefferson Parish Correctial Center_

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Dixieland Forest Corp. $300.00_
   _$350.00_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.